

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Thomas Anthony Gutierrez,           * From the 385th District Court
of Midland County,
Trial Court No. CR53583.

Vs. No. 11-22-00297-CR           * December 1, 2022

The State of Texas,           * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.